**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CJ GRISHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-194-JDK-JDL |
| | § | |
| LARRY SMITH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

This action was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for disposition.

On April 22, 2026, Judge Love issued a Report recommending that certain Defendants' motion for summary judgment on the basis of qualified immunity be granted. Docket No. 28. Plaintiff timely filed objections. Docket No. 34.

When a party objects to a Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, having conducted a de novo review of the record and the Magistrate Judge's Report, the Court has determined that the Report is correct and that Plaintiff's objections are without merit. Accordingly, the Court **OVERRULES** the objections and **ADOPTS** the Report of the Magistrate Judge (Docket No. 28) as the

opinion of the District Court. Defendants' motion for summary judgment (Docket No. 23) is **GRANTED**. Plaintiff's claims against Defendants Robert Carlson, Tim Jones, Matthew Lazarine, FNU Samuels, and Larry R. Smith are **DISMISSED with prejudice**.

So **ORDERED** and **SIGNED** this **26th** day of **August, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE